John P. Cashion
Cashion Gilmore LLC
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Email: john@cashiongilmore.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>    Defendant. | 3:21-cr-00068-SLG-DMS<br><br><br>ENTRY OF APPEARANCE |

John P. Cashion, of the law firm of Cashion Gilmore LLC, hereby

enters an appearance on behalf of Christopher Panagiotou-Scigliano.

DATED this 29th day of July 2021, at Anchorage, Alaska.

CASHION GILMORE LLC
Attorneys for Defendant

s/ John P. Cashion
510 L Street, Suite 601
Anchorage, AK  99501
Phone:  (907) 222-7932
Fax:  (907) 222-7938
Email: john@cashiongilmore.com
Alaska Bar No. 9806025

<u>Certificate of Service</u>

I hereby certify that on July 29, 2021,
a copy of the foregoing document was
served electronically on:

AUSA James Klugman


<u>s/ John P. Cashion</u>